IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK HUTTON and CLEAR MEADOW
INVESTMENT LLC,

    Plaintiffs,

vs.                                     Case No. 07-2041-JTM

DEUTSCHE BANK AG, *et al.*,

    Defendants.

MEMORANDUM AND ORDER

The present matter arises on defendants, Deutsche Bank AG and Deutsche Bank Securities Inc.'s motion to dismiss ( Dkt. No. 10) and defendant Clarion Capital Partners, LLC's motion to dismiss (Dkt. No. 17).

Under D. Kan. Rule 7.4, if a respondent fails to file a response within the time required by Rule 6.1(d), the motion will be considered and decided as an uncontested motion, and ordinarily will be granted without further notice. For this reason and for good cause shown, the court grants defendants' motions to dismiss.

IT IS ACCORDINGLY ORDERED this 25th day of July, 2007, that defendants' motions to dismiss (Dkt. Nos. 10 and 17) are granted.

                                                  s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE