## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

MARK HUTTON and CLEAR MEADOW
INVESTMENT, LLC.,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 07-2041-JTM

DEUTSCHE BANK AG, et al.,

Defendants.

    IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed July 26, 2007, that defendants' motions to dismiss (Dkt. Nos. 10 and 17) are granted.

INGRID A. CAMPBELL, Acting Clerk

 July 26, 2007                               By   s/ R. Thompson
Date                                                  Deputy Clerk