IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARK HUTTON and CLEAR MEADOW
INVESTMENT LLC,

        Plaintiffs,

vs.                            Case No. 07-2041-JTM

DEUTSCHE BANK AG, *et al.*,

        Defendants.

ORDER

Presently before the court is defendants' Daniel R. Brooks, Jr. (Mr. Brooks) and Clarion Capital Corp., Clarion Capital Holdings, LLC, and CF Advisors XXXVII, LLC (the Clarion defendants) motion to dismiss (Dkt. No. 57). The Clarion defendants filed this motion on March 14, 2008, approximately one week prior to this court's order granting several defendants' motion to dismiss (Dkt. No. 69). Plaintiffs then filed a motion for reconsideration (Dkt. No. 70), which the court ultimately denied (Dkt. No. 75). Due to mere clerical oversight, the court failed to include its ruling on the Clarion defendants' motion in its initial order. For the same reasons detailed in the court's prior order dismissing the other defendants, the present motion is granted. Additionally, the court notes that plaintiffs failed to respond to the Clarion defendants' motion. Local Rule 7.4 provides that an uncontested motion ordinarily will be granted without further notice. As such, the motion is granted both for cause and as an uncontested matter.

IT IS ACCORDINGLY ORDERED this 23rd day of March, 2009, that defendants' Daniel R. Brooks, Jr. (Mr. Brooks) and Clarion Capital Corp., Clarion Capital Holdings, LLC, and CF Advisors XXXVII, LLC (the Clarion defendants) motion to dismiss (Dkt. No. 57) is granted.

      s/ J. Thomas Marten
      J. THOMAS MARTEN, JUDGE