## UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

MARK HUTTON, et al.,

                                  **JUDGMENT IN A CIVIL CASE**

        Plaintiffs,

v.

DEUTSCHE BANK AG, et al.,         Case Number: 07-2041-JTM

        Defendants.

      IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Orders filed March 24, 2008; March 23, 2009; and May 18, 2009, that defendants' motions to dismiss (Dkt. Nos. 10, 17, 48, 57 and 85) are granted.

                                                      TIMOTHY M. O'BRIEN, Clerk of Court

<u>October 7, 2009</u>
Date

                                                      By  <u>s/S. Smith</u>
                                                            Deputy Clerk